**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02941-CMA-BNB

WARREN PRODUCE CO., LLC, a Texas corporation,

    Plaintiff,

v.

FEDERAL FRUIT AND PRODUCE CO., a Colorado corporation,
STANLEY J. KOUBA, an Individual,
FRANCIS MIKE MARTELLI, an Individual,
MICHAEL K. BRESSON, an Individual, and
JOHN L. DOMENICO, an Individual,

    Defendants.

---

## ORDER REGARDING NOTICE OF DISMISSAL

---

This matter is before the Court on the Notice of Dismissal (Doc. # 18), filed by Intervening Plaintiffs, Grimmway Enterprises, Inc. d/b/a Grimmway Farms and RPE, Inc., dismissing with prejudice Intervening Plaintiffs' Complaint-In-Intervention (Doc. # 16) against all Defendants. The Court has reviewed the Notice and ORDERS as follows:

Grimmway Enterprises, Inc. d/b/a Grimmway Farms and RPC, Inc. are hereby DISMISSED WITH PREJUDICE as intervening plaintiffs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of said Intervening Plaintiffs, as set forth in the above caption.

    DATED:  December __12__, 2013

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge