**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02941-CMA-BNB

WARREN PRODUCE CO., LLC, a Texas corporation,

    Plaintiff,

v.

FEDERAL FRUIT AND PRODUCE CO., a Colorado corporation,
STANLEY J. KOUBA, an Individual,
FRANCIS MIKE MARTELLI, an Individual,
MICHAEL K. BRESSON, an Individual, and
JOHN L. DOMENICO, an Individual,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss Complaint (Dkt. #20) filed December 26, 2013. The Court having considered the Motion to Dismiss, hereby

ORDERS that Plaintiff's Motion to Dismiss Complaint is granted. This cause is hereby dismissed with prejudice. Any pending motions are denied as moot. This case is closed.

DATED: December 27, 2013

                                          BY THE COURT:

                                          *[signature]*
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge